# United States District Court
# For The Western District of North Carolina
# Charlotte Division

Lucille Smith,

    Plaintiff(s),　　　　　　　　　　JUDGMENT IN A CIVIL CASE

vs.　　　　　　　　　　　　　　　　　3:05-cv-460-MU

Christopher Capps, Amy James, and
Kevin James,

    Defendant(s).

DECISION BY COURT.  This action having come before the Court by Motion and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's May 2, 2006 Order.

**Signed: May 2, 2006**

*[Signature: Frank G. Johns]*

Frank G. Johns, Clerk
United States District Court